IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION \

CONSOLIDATED INSURANCE COMPANY, )
)
      Plaintiff, )
)
v. ) No. 1:13cv0027
) Chief Judge Haynes
DAMRON TRUCKING, INC., )
)
      Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 6) is **DENIED**, Plaintiff's motion for partial summary judgment is **GRANTED**, and Defendant's motion to strike affidavit (Docket Entry No. 28) is **GRANTED in part and DENIED in part**.

Plaintiff is **AWARDED** a judgment entitling Plaintiff to reimbursement of all monies paid by Plaintiff to the Environmental Protection Agency for the remediation and cleanup of the Defendant's truck's oil spill at the Saw Creek.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 4th day of November, 2013.

William J. Haynes, Jr.
Chief United States District Judge